Exhibit A to the Complaint

**Location:** Alameda, CA  **IP Address:** 67.174.241.77
**Total Works Infringed:** 71  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BEC08B7D4E26346CBB564CF87826DE0D5A4238F3<br>File Hash:<br>2A9CE6614DC331D3862E8F28D6D77DB85AD4100B1DD11AD52F8DFBD42895A049 | 12/17/2024<br>21:34:29 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 2 | Info Hash: 9861659DEBD8430E736AE8DD818939E2B7C5B092<br>File Hash:<br>7E3154BA2ED08C26EA751BEA19E3980B4D9A1FE67990D2E0D5E2579C9EA0BD97 | 12/17/2024<br>21:25:51 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 3 | Info Hash: 46EC37933E3EE11D3A82DB855CA380ABC72B02E1<br>File Hash:<br>D8F36399A589A8117D81760484B1D65C9280713D7CC615D314F3386E5DF26D57 | 12/16/2024<br>12:18:11 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 4 | Info Hash: 93ACE8092CF762E28FDDEB4B7EC72F2E5CF62919<br>File Hash:<br>23129EB89B1FA34A560ECBC7823B47A518A98BE79E533B44BB647F8C1C6CE354 | 12/14/2024<br>21:11:58 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |
| 5 | Info Hash: F67F7E67F71ED2D748567F608FF7659A47D4E33E<br>File Hash:<br>D88318A7680E02B96FE5F490202162DA2E2971A225D871ADBEF00D88BDB4B6E7 | 12/14/2024<br>11:16:06 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 6 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 12/12/2024<br>22:34:11 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 7 | Info Hash: D9D8A74DE1E24EC01C00E309A490CC210F54C055<br>File Hash:<br>DD85C614EE6D9BB69585BDBCE51648E352FD472CE9340B1D41732C625BE42C65 | 12/12/2024<br>22:25:51 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 8 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12/12/2024<br>22:23:30 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 9 | Info Hash: 1C59F9C3BEA945D86D9E15731516193AB7C9D6B3<br>File Hash:<br>54916F3D647A8034CBB8A66DBB58DC5C8DAB5549A5CFC3BDF590A5B80481175E | 12/11/2024<br>12:02:41 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 10 | Info Hash: A9DD66DC0D6F740C361603EC16EC0AF083BFBF27<br>File Hash:<br>EC0388F06C23C1378D498C2F369FACC8A2FF4361436B16F68694EE589027D8D4 | 12/11/2024<br>11:38:35 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 11 | Info Hash: 4EBECBF1E6129FD6E5AAC98ECE1A6C6DF80BB055<br>File Hash:<br>B49642923F7315D43D8EA0D8373280EE5761086901C1AEDAEF50926F1F397D60 | 12/11/2024<br>11:17:56 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124<br>File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 12/10/2024 21:07:57 | Blacked Raw | 07/05/2021 | 08/02/2021 | PA0002305092 |
| 13 | Info Hash: 2BEB1E31F5F9023367AE9DF89B83D7C7F47589B6<br>File Hash: 6A152C37499E36D0D3C04E8D3F39C3773BC55819302F5C3C46403B93831A69AE | 12/10/2024 17:53:48 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 14 | Info Hash: 7FE462AAD56BDEAEE096DE1B2A66D6E90FFA8FCE<br>File Hash: BFD9A7A869C4408EE5737916EDE9366C530826D170EEC9698FE80B1594C94366 | 12/10/2024 16:53:04 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 15 | Info Hash: 380BEF99349FCD39014E5500440BF20CDAA3EB24<br>File Hash: 02773C04820C5EB3B6E9D1A0C2DAA690E4AA25EBBB98735686893A584554BACB | 12/10/2024 12:20:50 | Blacked Raw | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 16 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash: E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 12/10/2024 12:13:30 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 17 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 12/10/2024 12:13:25 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 18 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash: 11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 12/10/2024 11:44:32 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 19 | Info Hash: A5DA8214010955397B2ABE2FF43E286E4748056D<br>File Hash: 9AE624B51FE7E991F6BD22B67494B7D5F2FB79F3EBC4716BA7064A888A376388 | 12/10/2024 11:37:12 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 20 | Info Hash: 65F85A23FD47D37DA85E22CEB0B8A5DB57FAE27F<br>File Hash: B2C88E63C4476BE59C90FDAF54412C6877330EF27925B9AC89628FF76997D17F | 12/10/2024 11:36:37 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 21 | Info Hash: 95000608874FECCD1372DCDECE62EA102DC6C9A9<br>File Hash: E95368585EF0EA13DAAAB3A9B3F53544F978FCF6F52BC2B5C4B3BB72FB67FF5E | 12/10/2024 11:20:33 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 22 | Info Hash: 8BB074E225C6C871CDBD1831D394E9988502CEBD<br>File Hash: C406C0E49456756FC3028F4DC366017F54C0EEF93F480CB8E1064B8090DBCE6A | 12/10/2024 11:17:31 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 23 | Info Hash: 9EFFEC87F8FE40616A0CF6BF6102E4F7D24B1E59<br>File Hash: B28B4D290C2AE2063774D857FA4CBCBB24C229CA28A64985EF34D68BFCD431A0 | 12/09/2024 23:33:55 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 12/09/2024 22:37:56 | Blacked Raw | 04/12/2021 | 04/27/2021 | PA0002288983 |
| 25 | Info Hash: BF0780F2FFDA83874CCA51107D499AED2E52AD92<br>File Hash: 185333BE464349DCA0F1A1EF81E07CA70178F541403BEA8030689D84FB78CD67 | 12/09/2024 22:16:10 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 26 | Info Hash: 83B2F9CA22105C972F55D81AEFE628606713A3F4<br>File Hash: 6089911F709755C54BB0473011AE1E3E8A15BC4B7B4BCEE571EDDE5B2F1862B5 | 12/09/2024 21:46:24 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 27 | Info Hash: D3E111A172F6D43B17E5E5C8EB24008B3C8796DF<br>File Hash: 4D9DE174B208408074A2CFA78D9FC28809E6BF0337E6957B5DB2C5E48E1E45D1 | 12/09/2024 21:44:32 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 28 | Info Hash: 9DB9FB4B8BA753EE10497303C3D69F176B4FD4F5<br>File Hash: F152CC31826114EB7987779359BBED16B063F703548798F5EA01B02543B2AF2D | 12/09/2024 21:34:10 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 29 | Info Hash: 0643DF6F442844DD750D65EC5EDEF80C28194CC4<br>File Hash: 999C57CA4593FDF6E714A24E1337C40807A9ACF40BD52014B63C40F9E9444620 | 12/09/2024 21:29:24 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 30 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash: FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 12/09/2024 21:25:21 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 31 | Info Hash: 655146B14C8537AE8C0E1E33075CDC270982D53F<br>File Hash: C9B05F5B60EE8BF56CC9F8C3F6FF72ADC29BC3602DF351B735852168B4CE24F3 | 12/09/2024 21:22:18 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 32 | Info Hash: 6B02D708C6C6859C5EC0BEBE8A0E3F851EDE4F24<br>File Hash: 5F3471F43DB2EA191B9E2E444EE3C82B97CC07F87530073F5B40B9D2D4E94617 | 12/09/2024 21:22:00 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 33 | Info Hash: 3785C1530BA5104C2F584A96E09865AC50FFF4C6<br>File Hash: 64F64EFAE3B5A0C181240C96BC7AE9EF9AC8F7589AA70C8D5E30CCA71312F137 | 12/09/2024 21:20:50 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 34 | Info Hash: 9292EA3190142F0F3B4770CF669A789C0ECC0672<br>File Hash: 477B7B11496FE2C31AA54B361008615A1D9333DC938966D8D0C44D1758F8B471 | 12/09/2024 14:48:54 | Blacked Raw | 07/17/2023 | 08/17/2023 | PA0002425535 |
| 35 | Info Hash: 821AA5B2F8934A8623C521C232C18D4830BACBF4<br>File Hash: F8D2A5D52617C7E3A360D0BA2639635394486EEDB8FD7D6120BF9E9B42DC9DBB | 12/09/2024 14:48:47 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B11D65B46997FB948247704D480A59B97A084E66<br>File Hash: B4905B6163DDE828F4EDE084FE51837B48BEFC8C5FE6B3675F95030DF6057626 | 12/09/2024 14:41:48 | Blacked Raw | 02/21/2022 | 03/29/2022 | PA0002342850 |
| 37 | Info Hash: 9B6795A052B0FF6629AB1967B1BBFADF356E7E97<br>File Hash: 6653A58C1B4B97C4FB00DC3BF068390E860301630373141C6149EF42784113F0 | 12/09/2024 14:40:32 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 38 | Info Hash: ECE84392C1FB4A9B94150D6BE7883F87F4F0767E<br>File Hash: DA9AD8862D4E2186FD8BC27A31465209FD052A2D226436988DF3709815BE97B8 | 12/09/2024 14:34:10 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 39 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash: 4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 12/09/2024 14:28:55 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 40 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash: 4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 12/09/2024 14:28:49 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 41 | Info Hash: A71744B599F43430D9779B5025C45448758CC389<br>File Hash: B247577498B1A06B3798A34F1B85A397AC0B41C2E5113CD5577E3887959C7A02 | 12/09/2024 14:28:31 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 42 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 12/09/2024 14:28:12 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 43 | Info Hash: 77CE14821778B8CF4617281B5D70AE0C2522ED95<br>File Hash: 8A13A4F53614F9BE2469E8CBA201F6FB39FFBE1BE23677A85BD7E729CDD5F067 | 12/09/2024 14:27:45 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 44 | Info Hash: 364A19EF10D649C368846E2117BF63471DD67775<br>File Hash: DDAA767B9440ED5595F29519C1611738597081079C027B0117E9E3BEFA0ED13E | 12/09/2024 14:25:52 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 45 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 12/09/2024 14:24:58 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 46 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 12/09/2024 12:32:55 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 47 | Info Hash: 09E4DD5DED8676D79433C09E76F73797D7C23802<br>File Hash: 27913E8D3B680A47B51E91359D932EFC4985BE2BA58F603609F69E1041FC55AE | 12/09/2024 12:29:13 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 14A68FFF22F1F3C862DCEB6DFB273D0CCC1386AF<br>File Hash: 6205594B97FBEAF6D7C8052AA6D965504F3D5B457B52C9B7A4C56BE3FEED1F5E | 12/09/2024 12:29:12 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 49 | Info Hash: 41A9521D4822756B6D3F62FF1D413E088A3CE382<br>File Hash: 9A6058B6A617399534843E22F9EA2D4E3BA208111C47A1EE1359FC963BBD6348 | 12/09/2024 12:27:58 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 50 | Info Hash: EBDE6D03A0BC9D7055C59C7DB9C8E2B7981E9C75<br>File Hash: BC75FCAAEC3F328AD531152B1C786E20411B74CBDCC0BA9CE40179C35594B55A | 12/09/2024 12:25:27 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 51 | Info Hash: 5F363440ADC4EDC1EC72380F44B35A4840661993<br>File Hash: B1E3AE3AC54F515A5FE841EDC03473B5FE6C481234F2C0437FBA66417B68B1BE | 12/07/2024 12:12:27 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 52 | Info Hash: 754BDC6355B237D5F389EFCB3176BB2857422091<br>File Hash: FC38131016F921ABB413CDFC1AA5AC4A29B97915BD9B61AB14A751F09E488F1B | 12/05/2024 14:40:03 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 53 | Info Hash: B057DD023D9269D2C04BC234D9AF76736CC4B603<br>File Hash: 565BB0381798A34899FDC82A65DEA2BCFAC69E8A88868E417F3CFCBB5BB5F1D2 | 12/04/2024 21:28:13 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 54 | Info Hash: DDB0BF17C197427DD020F7C5BA375F9AC56966E6<br>File Hash: EB29E06A58747383F328956A70A12038104FD05F6110077FF3F35EDAA6AB758B | 11/29/2024 21:26:44 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 55 | Info Hash: 6CA66A2AB44C87FAD5AE7D7AAEBDD437E96085F0<br>File Hash: B2758991017641C347A06D0C9DBDF3FA01883742CAAF64F6E541145C18F06EF9 | 11/27/2024 23:38:58 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 56 | Info Hash: 0C8DD414C57A5E812A5DD64D1FF3CB436DF39A80<br>File Hash: 031F29A5C371AF4333377FBEBF78B2ED7D1F6E3AD8B40C495D9FA36FFCDA9988 | 11/27/2024 23:29:34 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 57 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash: 3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 11/27/2024 22:18:38 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 58 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 11/27/2024 21:49:26 | Blacked Raw | 08/01/2022 | 08/29/2022 | PA0002367736 |
| 59 | Info Hash: 7FF46E73C749B65A650C9625F032F48007CFEEE4<br>File Hash: D5A67F02E7C273DC64B7BA8D0A860816B654EFDB4DDCBF83A68AE21E689D844A | 11/27/2024 21:45:29 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 11/23/2024 12:30:42 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 61 | Info Hash: 5329C185F2820CBD92C63244C441886673EA26D5<br>File Hash: BC9172C91B5A057106463F62759BAD7BF5F4F9448683AC26F9A86F8E6FD8E6C2 | 11/23/2024 12:17:23 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 62 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 11/22/2024 23:18:13 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 63 | Info Hash: D2EB2C88C70DC3BDC48AE1737653823A31746A35<br>File Hash: 65C65A1EA99E1BE14B6114F106BA654B7282869F4993B5E88E97B31C0818811D | 11/22/2024 23:09:07 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 64 | Info Hash: 9C6CC659E0D58340E5E9D6B6363ABE2F634FA3D0<br>File Hash: 0B29B845B75B8B066C0CCE497C13D34B40FAF1C43523CA886F28FCC63579972F | 11/20/2024 18:36:49 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 65 | Info Hash: 8775629B33FAA1F4D5323C345071497465011C49<br>File Hash: 5A6C04CC2A78A20E2E9A5A0EC9CECB061A390D93E5A12783CEA318FC5FBDBA75 | 11/18/2024 11:21:30 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 66 | Info Hash: 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A<br>File Hash: 72CE6D567C6314591DDD39848E1D440C5B438BD4D01D997F28467EC659C5EE67 | 11/17/2024 21:40:52 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 67 | Info Hash: 1950928C43F0C90AEC70B9A3E8C316A061CB13DB<br>File Hash: 8B886E3924A37CBEAA8DE7784563A70D136E75DBED06610D685FB109A6031728 | 11/17/2024 11:28:36 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 68 | Info Hash: 8B7C521CD656D63EF65068B88994FA717E14F4D7<br>File Hash: FACBFF9A2944963BD335F2D52FA68BC13FD654776C7DA546C3573E28F529B7F0 | 11/04/2024 22:11:21 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 69 | Info Hash: 2CFAA2EA21170119320165654D584217FC0BB3EA<br>File Hash: 0015775B7DC4440A76FF748A92A1ADF3958CC73450C8BAC88EBE6FD4149AA876 | 11/04/2024 12:21:52 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 70 | Info Hash: 38BE2D359149E93053ABF59C1F1950717AAA25F8<br>File Hash: D43CCE29299559D565580E5A63C90D34527FFE713A81DFF65CEE64BBA929D274 | 11/04/2024 12:19:53 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 71 | Info Hash: 0F3628E61A59F4A67E8A27474FC3C1035D430043<br>File Hash: 484641362C967AEE208030B244B1E7CD62355413E4C725D9D7CDBC99A8568105 | 11/03/2024 22:17:54 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |